UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Plaintiff**
CITRIN COOPERMAN & CO., LLP

-v-

and

WILLIAM SCHEMITSCH
**Defendant**

Case No.

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for CITRIN COOPERMAN & CO., LLP _____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

THE ABOVE PARTY, CITRIN COOPERMAN & CO., LLP, IS NOT A PUBLICLY HELD CORPORATION AND HAS NO OTHER PUBLICLY HELD AFFILIATES.

Date: 4-23-7

Signature of Attorney

Attorney Bar Code: JC 7387

Form Rule7_1.pdf