# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCKET No. 07-CV-3269

CITRIN COOPERMAN & CO., LLP,

*Plaintiff(s),*

-against-

WILLIAM SCHEMITSCH,

*Defendant(s),*

State of New York)
County of New York)   ss.:

**Roberto Reyes**, being duly sworn deposes and says:

I am not a party to the action, am over 18 years of age and reside New York County in the State of New York.

On **May 2nd, 2007 at 7:56pm**, I personally served a true copy of a **Civil Cover Sheet, Summons and Complaint.**

I, by personally delivering there at a true copy personally to **William Schemitsch (Male, White skin, Blonde hair, 30-35 years old, 5'9"-6'0", 170-200 lbs.)** at the establishment named and described below;

William Schemitsch
63-20 83rd Street
Middle Village, New York 11379

I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. *Recipient wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I have that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in Federal statues.

Sworn to me on Friday, May 04, 2007

Process Server Signature

LEKWAN ROBINSON
Commissioner of Deeds
City of New York - No. 2-12905
Certificate Filed in Kings County
Commission Expires OCT 1, 2008

1001570
License Number