ZUKERMAN GORE & BRANDEIS, LLP
John K. Crossman (JC 7387)
Jeffrey L. Friesen (JF 5861)
875 Third Avenue
28th Floor
New York, New York 10022
(212) 223-6700

*Attorneys for Plaintiff*
*Citrin Cooperman & Co., LLP.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
CITRIN COOPERMAN & CO., LLP,           :    Civil Action No. 07-cv-3269 (DLC)
                                        :    ECF Case
                Plaintiff,              :
                                        :
        - against -                     :    **Certificate of Service**
                                        :
WILLIAM SCHEMITSCH,                     :
                                        :
                Defendant               :
                                        :
------------------------------------------------------------ x

    I certify that on June 13, 2007, I caused a true and correct copy of the Individual Practices of the Honorable Denise Cote, together with a copy of the Notice of Initial Pretrial Conference filed June 12, 2007, to be served upon counsel for the defendant by mailing same to him in a postpaid wrapper, properly addressed, as follows:

Guy Barbieri, Esq
Lopresto & Barbieri, P.C.
22-07 Steinway Street
Astoria, New York 11105

_____
John K. Crossman

Dated:    New York, New York
          June 12, 2007