```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
CITRIN COOPERMAN & CO., LLP,         :   07 CIV. 3269 (DLC)
                                     :
                Plaintiff,           :       PRETRIAL
                                     :   SCHEDULING ORDER
     -v-                             :
                                     :
WILLIAM SCHEMITSCH,                  :
                                     :
                Defendant.           :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

    As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on August 3, 2007, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties are instructed to contact the chambers of Magistrate Judge Francis prior to **October 12, 2007** in order to pursue settlement discussions under his supervision.

2. All fact discovery must be completed by **November 9, 2007**.

3. Plaintiff's identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed.R.Civ.P., must occur by **November 16, 2007**. Defendant's identification of experts and disclosure of expert testimony must occur by **December 14, 2007**.

4. All expert discovery must be completed by **January 18, 2008**.

5. The following motion will be served by the dates indicated below.

    Any motion for summary judgment

- Motion served by **February 15, 2008**
- Opposition served by **March 7, 2008**
- Reply served by **March 14, 2008**

At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/07

6.  In the event no motion is filed, the Joint Pretrial Order must be filed by **February 15, 2008**.

    As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

    SO ORDERED:

Dated:    New York, New York
          August 7, 2007

                                  _____
                                          DENISE COTE
                                  United States District Judge