```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
CITRIN COOPERMAN & CO., LLP,             :
                        Plaintiff,       :
                                         :      07 Civ. 3269 (DLC)
            -v-                          :
                                         :          ORDER OF
WILLIAM SCHEMITSCH,                      :       DISCONTINUANCE
                        Defendant.       :
                                         :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/07

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action be, and hereby is, discontinued without costs to either party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

SO ORDERED:

Dated:    New York, New York
          September 24, 2007

                                    _____
                                              DENISE COTE
                                    United States District Judge