## EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CITRIN COOPERMAN & CO., LLP,   :   Civil Action No. 07 Civ. 3269 (DLC)

                Plaintiff,   :

- against -   :

WILLIAM SCHEMITSCH,   :

                Defendant.   :
------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/07
```

### STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by the parties through their undersigned counsel, that, according to Federal Rule of Civil Procedure 41, the parties hereby give notice to the Court that they have agreed to dismiss all claims pending in this action with prejudice. Each party shall bear its own costs.

Dated: New York, New York
       October 19, 2007

STIPULATED AND AGREED,

ZUKERMAN GORE & BRANDEIS, LLP        LOPRESTO & BARBIERI, P.C.

By: _____        By: _____
  John K. Crossman                            Guy Barbieri
  875 Third Avenue                             22-07 Steinway Street
  New York, New York 10022            Astoria, New York 11105
  (212) 223-6700                               (718) 932-2800
  *Attorneys for Plaintiff*                     *Attorneys for Defendants*

The Clerk of Court
Shall close the case.   SO ORDERED.

Exh. B – Page 1

2100-097 #64203/v2

_____
U.S.D.J.
October 19, 2007